**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
**SASHA O. LAZAREVICH,** Deputy City Attorney (SBN 283558)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900   |   Fax No.: (213) 978-8785
Email: sasha.lazarevich@lacity.org

*Attorneys for Defendant*, CITY OF LOS ANGELES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOE HUBER LEWIS,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 2:26-cv-03539-MAR<br>*Magistrate Judge Margo A. Rocconi– Ctrm. 790*<br><br>**DEFENDANT CITY OF LOS ANGELES'S ANSWER TO PLAINTIFF'S COMPLAINT; DEMAND FOR JURY TRIAL** |

**TO THE HONORABLE COURT, PLAINTIFF AND THEIR ATTORNEYS OF RECORD:**

Defendant, CITY OF LOS ANGELES (hereinafter "Defendant") answers Plaintiff's Complaint for Damages for themselves and for no other parties in the above-entitled action and hereby admit, deny and allege as follows:

### INTRODUCTION

1.    Answering Paragraph 1: Defendant denies the allegations as phrased.

2.    Answering Paragraph 2: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

1

## JURISDICTION AND VENUE

3.      Answering Paragraph 3: Defendant admits that this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§1331, 1343, and 1367.  To the extent this paragraph contains legal conclusions or other allegations not requiring a response, Defendant denies them.

4.      Answering Paragraph 4: Defendant admits that venue is proper in the Central District of California pursuant to 28 U.S.C §1391(b)(2).  To the extent this paragraph contains legal conclusions or additional allegations beyond that statement, Defendant denies them.

## PARTIES

5.      Answering Paragraph 5: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

6.      Answering Paragraph 6: Defendant admits that the City of Los Angeles is a municipal corporation organized under the laws of the State of California, and that the Los Angeles Police Department ("LAPD") is a law enforcement agency within the City. Except as expressly admitted, Defendant denies the remaining allegations.

7.      Answering Paragraph 7: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

8.      Answering Paragraph 8: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

9.      Answering Paragraph 9: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

10.     Answering Paragraph 10: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

11.     Answering Paragraph 11: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

///

///

2

**FACTS COMMON TO ALL CLAIMS FOR RELIEF**

12.    Answering Paragraph 12: Defendant lacks sufficient information and belief to admit or deny the allegations regarding Plaintiff's activities, location, or participation in any demonstration on June 9, 2025, and on that basis denies the allegations.

13.    Answering Paragraph 13: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

14.    Answering Paragraph 14: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

15.    Answering Paragraph 15: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

16.    Answering Paragraph 16: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

17.    Answering Paragraph 17: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

18.    Answering Paragraph 18: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

19.    Answering Paragraph 19: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

20.    Answering Paragraph 20: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

21.    Answering Paragraph 21: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

22.    Answering Paragraph 22: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

23.    Answering Paragraph 23: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

24.    Answering Paragraph 24: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

## FIRST CLAIM FOR RELIEF

### Fourth Amendment-Excessive Force (42 U.S.C. § 1983)

### Plaintiff against Defendants DOES 1-10

25. Answering Paragraph 25: which incorporates by reference allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

26. Answering Paragraph 26: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

27. Answering Paragraph 27: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

28. Answering Paragraph 28: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

29. Answering Paragraph 29: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

30. Answering Paragraph 30: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

31. Answering Paragraph 31: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

32. Answering Paragraph 32: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

33. Answering Paragraph 33: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

## SECOND CLAIM FOR RELIEF

### Fourth Amendment-Denial of Medical Care (42 U.S.C. § 1983)

### Plaintiff against Defendants DOES 1-10

34. Answering Paragraph 34: which incorporates by reference allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

4

35. Answering Paragraph 35: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

36. Answering Paragraph 36: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

37. Answering Paragraph 37: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

38. Answering Paragraph 38: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

39. Answering Paragraph 39: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

40. Answering Paragraph 40: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

## THIRD CLAIM FOR RELIEF

### First Amendment-Retaliation (42 U.S.C. § 1983)

### Plaintiff against Defendants DOES 1-10

41. Answering Paragraph 41: which incorporates by reference allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

42. Answering Paragraph 42: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

43. Answering Paragraph 43: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

44. Answering Paragraph 44: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

45. Answering Paragraph 45: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

46. Answering Paragraph 46: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

47.    Answering Paragraph 47: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

48.    Answering Paragraph 48: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

49.    Answering Paragraph 49: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

50.    Answering Paragraph 50: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

51.    Answering Paragraph 51: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

52.    Answering Paragraph 52: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

## FOURTH CLAIM FOR RELIEF

**Municipal Liability-Unconstitutional Custom, Policy, or Practice**

**(42 U.S.C. § 1983)**

**Plaintiff against Defendant CITY**

53.    Answering Paragraph 53: which incorporates by reference allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

54.    Answering Paragraph 54: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

55.    Answering Paragraph 55: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

   a. Answering Paragraph 55(a): Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

///

///

6

b. Answering Paragraph 55(b): Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

c. Answering Paragraph 55(c): Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

d. Answering Paragraph 55(d): Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

e. Answering Paragraph 55(e): Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

f. Answering Paragraph 55(f): Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

g. Answering Paragraph 55(g): Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

h. Answering Paragraph 55(h): Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

i. Answering Paragraph 55(i): Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

j. Answering Paragraph 55(j): Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

56.    Answering Paragraph 56: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

57.    Answering Paragraph 57: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

(a) Answering Paragraph 57(a): Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

1. Answering Paragraph 57(a) (a): Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

2. Answering Paragraph 57(a) (b): Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

(b) Answering Paragraph 57(b): Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

(c) Answering Paragraph 57(c): Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

(d) Answering Paragraph 57(d): Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

(e) Answering Paragraph 57(e): Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

(f) Answering Paragraph 57(f): Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

a.    Answering Paragraph 57(f) (a): Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

g. Answering Paragraph 57(g): Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

58.    Answering Paragraph 58: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

59.    Answering Paragraph 59: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

60.    Answering Paragraph 60: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

61.    Answering Paragraph 61: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

62.    Answering Paragraph 62: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

63.    Answering Paragraph 63: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

64.    Answering Paragraph 64: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

///

///

///

///

///

9

**FIFTH CLAIM FOR RELIEF**

**Municipal Liability-Failure to Train (42 U.S.C. § 1983)**

**Plaintiff against Defendant CITY**

65.    Answering Paragraph 65: which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

66.    Answering Paragraph 66: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

67.    Answering Paragraph 67: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

68.    Answering Paragraph 68: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

69.    Answering Paragraph 69: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

(a) Answering Paragraph 69(a): Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

(b) Answering Paragraph 69(b): Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

(c) Answering Paragraph 69(c): Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

(d) Answering Paragraph 69(d): Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

70.    Answering Paragraph 70: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

71. Answering Paragraph 71: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

72. Answering Paragraph 72: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

73. Answering Paragraph 73: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

74. Answering Paragraph 74: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

75. Answering Paragraph 75: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

76. Answering Paragraph 76: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

## SIXTH CLAIM FOR RELIEF

### Municipal Liability-Ratification (42 U.S.C. § 1983)

### Plaintiff against Defendant CITY

77. Answering Paragraph 77: which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

78. Answering Paragraph 78: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

79. Answering Paragraph 79: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

80. Answering Paragraph 80: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

81. Answering Paragraph 81: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

82. Answering Paragraph 82: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

83. Answering Paragraph 83: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

84. Answering Paragraph 84: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

## SEVENTH CLAIM FOR RELIEF

### Battery

### Plaintiff against all Defendants

85. Answering Paragraph 85: which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

86. Answering Paragraph 86: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

87. Answering Paragraph 87: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

88. Answering Paragraph 88: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

89. Answering Paragraph 89: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

90. Answering Paragraph 90: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

91. Answering Paragraph 91: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

92. Answering Paragraph 92: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

///

///

///

///

12

## EIGHTH CLAIM FOR RELIEF

### Negligence

### Plaintiff against all Defendants

93.    Answering Paragraph 93: which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

94.    Answering Paragraph 94: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

95.    Answering Paragraph 95: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

96.    Answering Paragraph 96: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

97.    Answering Paragraph 97: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

98.    Answering Paragraph 98: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

99.    Answering Paragraph 99: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

## NINTH CLAIM FOR RELIEF

### Violation of Cal. Civil Code § 52.1

### Plaintiff against all Defendants

100.   Answering Paragraph 100: which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

101.   Answering Paragraph 101: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

102.   Answering Paragraph 102: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

13

103.   Answering Paragraph 103: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

104.   Answering Paragraph 104: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

105.   Answering Paragraph 105: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

106.   Answering Paragraph 106: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

107.   Answering Paragraph 107: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

108.   Answering Paragraph 108: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

109.   Answering Paragraph 109: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

110.   Answering Paragraph 110: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

111.   Answering Paragraph 111: Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

## AFFIRMATIVE DEFENSES

Defendant alleges the following affirmative defenses. By asserting these defenses, Defendant does not assume the burden of proof on any issue where such burden properly rests with Plaintiff.

## FIRST AFFIRMATIVE DEFENSE

*Failure to State a Claim*

The Complaint, and each purported cause of action therein, fails to state facts sufficient to constitute a claim against this answering Defendant, including failure to state a basis for municipal liability under 42 U.S.C. § 1983.

14

### SECOND AFFIRMATIVE DEFENSE

*No Monell Liability – No Policy or Custom*

Plaintiff cannot establish that any alleged constitutional violation was caused by an official policy, longstanding custom, or practice of the City, or that any such policy was the moving force behind the alleged injury.

### THIRD AFFIRMATIVE DEFENSE

*No Deliberate Indifference*

Plaintiff cannot establish that the City acted with deliberate indifference to constitutional rights as required for liability under § 1983.

### FOURTH AFFIRMATIVE DEFENSE

*No Final Policymaker Liability*

Plaintiff cannot establish that any individual with final policymaking authority for the City made, approved, or ratified any unconstitutional conduct.

### FIFTH AFFIRMATIVE DEFENSE

*No Ratification*

Any alleged post-incident conduct does not constitute ratification sufficient to impose municipal liability as a matter of law.

### SIXTH AFFIRMATIVE DEFENSE

*No Underlying Constitutional Violation*

To the extent no constitutional violation occurred, municipal liability cannot attach.

### SEVENTH AFFIRMATIVE DEFENSE

*Independent Acts of Others*

Any injuries or damages alleged were caused by the independent acts or omissions of individuals not acting pursuant to any City policy, custom, or practice sufficient to impose liability.

///

///

///

15

## EIGHTH AFFIRMATIVE DEFENSE

*Objective Reasonableness*

The acts of City employees, if any, were objectively reasonable under the circumstances and lawful.

## NINTH AFFIRMATIVE DEFENSE

*Superseding Cause*

Plaintiff's alleged injuries were caused in whole or in part by superseding or intervening causes, relieving this Defendant of liability.

## TENTH AFFIRMATIVE DEFENSE

*Failure to Mitigate*

Plaintiff has failed to mitigate her alleged damages, if any.

## ELEVENTH AFFIRMATIVE DEFENSE

*Government Claims Act*

Plaintiff's state law claims are barred, in whole or in part, by failure to comply with the California Government Claims Act.

## TWELFTH AFFIRMATIVE DEFENSE

*Statutory Immunities*

Defendant is immune from liability pursuant to applicable provisions of the California Government Code, including but not limited to sections 815, 815.2, 820.2, 820.4, 821, 821.6, 845, 845.6, and 846.

## THIRTEENTH AFFIRMATIVE DEFENSE

*No Liability Except by Statute*

Defendant is not liable except as provided by statute, including Government Code section 815.

## FOURTEENTH AFFIRMATIVE DEFENSE

*Comparative Fault*

Plaintiff's recovery, if any, is barred or reduced by her own negligence or fault.

16

## FIFTEENTH AFFIRMATIVE DEFENSE

*Third-Party Fault*

The conduct of third parties bars or reduces any recovery.

## SIXTEENTH AFFIRMATIVE DEFENSE

*Bane Act – No Coercion Attributable to City Policy*

Plaintiff cannot establish that any act attributable to the City involved threats, intimidation, or coercion as required under Civil Code section 52.1.

## SEVENTEENTH AFFIRMATIVE DEFENSE

*Privilege and Justification*

Any use of force by City employees was privileged, justified, and reasonable under the circumstances.

## EIGHTEENTH AFFIRMATIVE DEFENSE

*Reservation of Rights*

Defendant presently lacks sufficient knowledge or information upon which to form a belief as to whether it may have additional defenses available and reserves the right to assert additional defenses as discovery proceeds.

## PRAYER FOR RELIEF

W H E R E F O R E, Defendant CITY OF LOS ANGELES, prays for judgment as follows:

1. That Plaintiff take nothing by this action and his requests for relief be denied;

2. That the action be dismissed;

3. That Defendants be awarded costs of suit;

4. That Defendant be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

///

///

///

///

17

## DEMAND FOR JURY TRIAL

Defendant CITY OF LOS ANGELES, demands and requests a trial by jury in this matter.


Dated:  May 1, 2026                **HYDEE FELDSTEIN SOTO**, City Attorney
                                   **DENISE C. MILLS**, Chief Deputy City Attorney
                                   **KATHLEEN KENEALY,** Chief Assistant City Attorney
                                   **CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney


                                   By: __*Sasha O. Lazarevich*_____
                                       **SASHA O. LAZAREVICH**, Deputy City Attorney
                                   *Attorneys for Defendant*, CITY OF LOS ANGELES

18