SCHEDULE OF PRETRIAL AND TRIAL DATES

| Matter | Weeks before Trial | Plaintiff(s)' Request mo/day/year | Defendant(s)' Request mo/day/year | Court's Order |
|---|---|---|---|---|
| ☑ Jury Trial *or* ☐ Court Trial **(Monday at 9:00 a.m.)** Length: 3-5 days (8-10 mos. from Scheduling Conf.) | | 05/24/2027 | 05/24/2027 | |
| Final Pretrial Conference [L.R. 16] and Hearing on Motions *In Limine* **(Wednesday at 11:00 a.m.)** | 2 | 05/12/2027 | 05/12/2027 | |
| Last Date to Conduct Settlement Conference | 16 | 02/05/2027 | 02/05/2027 | |
| Last Date to *Hear* Non-discovery Motions **(Wednesday at 11:00 a.m.)** | 9 | 03/24/2027 | 03/24/2027 | |
| Fact Discovery Cut-Off (including hearing all discovery motions) | | 01/14/2027 | 01/14/2027 | |
| Expert Discovery Cut-Off (including hearing all discovery motions) | | 02/12/2027 | 02/12/2027 | |
| Expert Disclosure (Rebuttal) | | 01/29/2027 | 01/29/2027 | |
| Expert Disclosure (Initial) | | 01/15/2027 | 01/15/2027 | |
| Last Date to Amend Pleadings or Add Parties | | 10/30/2026 | 10/30/2026 | |

ADR Settlement Choice:

☐ Magistrate Judge

☑ Attorney Settlement Officer Panel

☐ Private Mediation