**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOE HUBER LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>Defendants. | **Case No. 2:26-cv-03539-MAR**<br><br>*Hon. Mag. Judge Margo A. Rocconi*<br><br>**PLAINTIFF'S UNOPPOSED REQUEST TO ALLOW APPEARANCE OF NON-LEAD TRIAL COUNSEL AT TELEPHONIC SCHEDULING CONFERENCE**<br><br>Scheduling Conference:<br>Hearing Date: June 10, 2026<br>Time: 11:00 a.m. |

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff hereby respectfully requests that Benjamin S. Levine, who is an attorney of record for Plaintiff but is not lead trial counsel, be permitted to appear at the upcoming Telephonic Scheduling Conference in lieu of Plaintiff's lead trial counsel, Dale K. Galipo. The Telephonic Scheduling Conference is currently

scheduled for June 10, 2026, at 11:00 a.m., following a one-week continuance from June 3, 2026. [Dkt. 12.]

Plaintiff makes this request because Mr. Galipo has pre-existing travel plans on the date of the conference and will be in Ohio, visiting his elderly mother. Mr. Galipo intends to join the conference, but will not have access to his support staff in the event a technological issue arises when attempting to connect to the conference. Accordingly, Plaintiff makes this request out of an abundance of caution, in the event Mr. Galipo is unable to connect. Mr. Levine will attend the conference regardless, and is also fully familiar with the case, has authority to address scheduling matters, and can effectively represent Plaintiff's interests during the conference.

Prior to filing this request, Plaintiff's counsel raised it with counsel for Defendant City of Los Angeles, who advised that Defendant would not oppose this request.

DATED: June 4, 2026          By:      _/s/ Dale K. Galipo_____
                                      Dale K. Galipo
                                      Benjamin S. Levine
                                      *Attorneys for Plaintiff*

-2-                                    Case No. 2:26-cv-03539-MAR

PLAINTIFF'S UNOPPOSED REQUEST TO ALLOW APPEARANCE OF NON-LEAD TRIAL COUNSEL AT TELEPHONIC SCHEDULING CONFERENCE