**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZOE HUBER LEWIS,<br><br>      Plaintiff,<br><br>   v.<br><br>CITY OF LOS ANGELES; and DOES<br>1 through 10, inclusive,<br><br>      Defendants. | **Case No. 2:26-cv-03539-MAR**<br><br>**[PROPOSED] ORDER ALLOWING APPEARANCE OF NON-LEAD TRIAL COUNSEL AT TELEPHONIC SCHEDULING CONFERENCE**<br><br><u>Scheduling Conference:</u><br>Hearing Date: June 10, 2026<br>Time: 11:00 a.m. |

## [PROPOSED] ORDER

Having reviewed Plaintiff's Unopposed Request to Allow Appearance of Non-Lead Trial Counsel at Telephonic Scheduling Conference, IT IS HEREBY ORDERED that Plaintiff's counsel, Benjamin S. Levine, may appear at the Telephonic Scheduling Conference on June 10, 2026, at 11:00 a.m., in lieu of lead trial counsel Dale K. Galipo.

Dated: _____                    _____

                                          Honorable Margo A. Rocconi
                                          United States Magistrate Judge