## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:26-cv-03539-MAR | Date | June 9, 2026 |
|---|---|---|---|
| Title | Zoe Huber Lewis v. City of Los Angeles et al | | |

### (IN CHAMBERS) SCHEDULING ORDER

Having considered the Joint Rule 26(f) report (Dkt. 11), the Court sets forth the schedule laid out below, which may be modified only upon a showing of good cause.

| Matter | Date |
|---|---|
| Last Date to Amend Pleadings or Add Parties | 10/30/26 |
| Fact Discovery Cut-Off/Last Date to Hear Fact Discovery Motions | 2/12/27 |
| Initial Expert Disclosure | 1/15/27 |
| Rebuttal Expert Disclosure | 1/29/27 |
| Expert Discovery Cut-Off/Last Date to Hear Expert Discovery Motions | 1/04/27 |
| Last Date to Conduct Settlement Conference | 2/05/27 |
| Last Date to Hear Non-Discovery Motions | 3/24/27 |
| Final Pretrial Conference | 5/12/27 at 11:00 a.m. |
| Jury Trial | 5/24/2027 at 9:00 am |

IT IS SO ORDERED.