**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
**SASHA O. LAZAREVICH,** Deputy City Attorney (SBN 283558)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900 | Fax No.: (213) 978-8785
Email: sasha.lazarevich@lacity.org

*Attorneys for Defendant*, CITY OF LOS ANGELES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZOE HUBER LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>Defendant(s). | CASE NO. 2:26-cv-03539-MAR<br>*Mag. Judge Margo A. Rocconi, Ctrm. 790, Roybal Cthse*<br><br>**JOINT STIPULATION TO MODIFY ADR PROCEDURE AND [PROPOSED] ORDER**<br><br>[Filed concurrently with [Proposed] Order] |

**TO THE HONORABLE COURT:**

Plaintiff Zoe Huber Lewis (“Plaintiff”) and Defendant City of Los Angeles (“Defendant”), by and through their respective counsel of record, jointly stipulate and respectfully request that the Court modify the alternative dispute resolution procedure previously selected in this action from ADR Procedure No. 2 (Court Mediation Panel) to ADR Procedure No. 3 (Private Mediation), pursuant to Local Rules 16-14 and 16-15.

///

///

///

///

In support of this stipulation, the parties state as follows:

1. On May 20, 2026, the parties filed their Joint Rule 26(f) Report. (Dkt. 11.) In the Report, the parties agreed to participate in ADR Procedure No. 2, mediation through the Court's Mediation Panel.

2. The parties subsequently conferred regarding the selection of a mediator and agreed to mediate this action before Richard Copeland.

3. The parties were advised that Mr. Copeland had no availability to conduct the mediation through the Court's Mediation Panel prior to the mediation deadline in this case. The parties therefore agreed to retain Mr. Copeland privately and have reserved December 7, 2026, for the mediation.

4. On August 20, 2026, the Court's ADR Program filed a Notice of Assignment of Panel Mediator, assigning Drew E. Pomerance to serve as the Panel Mediator in this action. (Dkt. 19.) The Notice reflects that Mr. Pomerance was assigned by ADR Program staff and was not selected by stipulation of the parties.

5. The parties jointly prefer to proceed with the private mediation already reserved before Mr. Copeland. The requested modification will permit the parties to mediate before their mutually selected neutral and will not require modification of any other case-management date or deadline.

Accordingly, the parties respectfully request that the Court:

1. Modify the approved ADR procedure in this action from ADR Procedure No. 2 (Court Mediation Panel) to ADR Procedure No. 3 (Private Mediation);

2. Relieve Drew E. Pomerance of his assignment as the Panel Mediator in this action; and

3. Authorize the parties to participate in private mediation before Richard Copeland on December 7, 2026.

///

///

///

IT IS SO STIPULATED.

Dated: August 25, 2026

**LAW OFFICES OF DALE K. GALIPO**

By: ______________________________
DALE K. GALIPO, Esq.
BENJAMIN S. LEVINE, Esq.
*Attorneys for Plaintiff*, ZOE HUBER LEWIS

Dated: August 25, 2026

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**KATHLEEN KENEALY,** Chief Assistant City Attorney
**CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney

By: *Sasha O. Lazarevich*
**SASHA O. LAZAREVICH**[1], Deputy City Attorney
*Attorneys for Defendant*, CITY OF LOS ANGELES

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.