**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZOE HUBER LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>Defendant(s). | CASE NO. 2:26-cv-03539-MAR<br>*Mag. Judge Margo A. Roccon, Ctrm. 790, Roybal Cthse.*<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION TO MODIFY ADR PROCEDURE**<br><br>[Filed concurrently with Joint Stipulation to Modify ADR Procedure] |

The Court, having considered the parties' Joint Stipulation to Modify ADR Procedure, and good cause appearing, hereby ORDERS as follows:

1. The ADR procedure previously approved in this action is modified from ADR Procedure No. 2 (Court Mediation Panel) to ADR Procedure No. 3 (Private Mediation);

2. Drew E. Pomerance is relieved of his assignment as the Panel Mediator in this action; and

3. The parties shall participate in private mediation before Richard Copeland.

///

///

*IT IS SO ORDERED.*

Dated: ____________________ ________________________________________

HONORABLE JUDGE MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE