**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ZOE HUBER LEWIS,

Plaintiff,

v.

CITY OF LOS ANGELES; and DOES 1 through 10, inclusive,

Defendant(s).

CASE NO. 2:26-cv-03539-MAR

*Mag. Judge Margo A. Roccon, Ctrm. 790, Roybal Cthse.*

**~~[PROPOSED]~~ ORDER RE JOINT STIPULATION TO MODIFY ADR PROCEDURE**

[Filed concurrently with Joint Stipulation to Modify ADR Procedure]

The Court, having considered the parties' Joint Stipulation to Modify ADR Procedure, and good cause appearing, hereby ORDERS as follows:

1. The ADR procedure previously approved in this action is modified from ADR Procedure No. 2 (Court Mediation Panel) to ADR Procedure No. 3 (Private Mediation);

2. Drew E. Pomerance is relieved of his assignment as the Panel Mediator in this action; and

3. The parties shall participate in private mediation before Richard Copeland.

///

///

*IT IS SO ORDERED.*

Dated: 9/02/26

HONORABLE JUDGE MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE