**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZOE HUBER LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:26-cv-03539-MAR<br><br>*Hon. Mag. Judge Margo A. Rocconi*<br><br>**JOINT STIPULATION TO ALLOW PLAINTIFF TO AMEND COMPLAINT TO NAME OFFICER WHO USED FORCE IN PLACE OF DOE DEFENDANT 1**<br><br>[*Proposed Order* filed concurrently herewith] |

**TO THIS HONORABLE COURT:**

**IT IS HEREBY STIPULATED** by and between Plaintiff ZOE HUBER LEWIS, and Defendant CITY OF LOS ANGELES ("the Parties"), by and through their respective attorneys of record, as follows:

1. Plaintiff filed her Complaint on April 2, 2026. [Dkt. 1.] Plaintiff's position is that, at the time of the filing of her Complaint, Plaintiff was genuinely ignorant of the names of the City of Los Angeles Police Department employees and/or individuals who used force during the incident giving rise to this lawsuit. Subsequently, through discovery, Plaintiff represents that she discovered information identifying Officer Joshua Coronado as the City of Los Angeles Police Department employee who fired a less-lethal round at Plaintiff during the incident giving rise to this lawsuit.
2. Defendant City of Los Angeles does not oppose Plaintiff filing the proposed First Amended Complaint attached as Exhibit A for the purpose of naming Officer Joshua Coronado as an individual defendant in lieu of the current fictitiously named defendant "Doe 1," and identifying the force Plaintiff alleges he used. The City's stipulation to amendment is procedural only and does not constitute an admission regarding the truth or legal sufficiency of any allegation or claim asserted in the proposed First Amended Complaint.
3. A copy of Plaintiff's proposed First Amended Complaint is attached hereto as "Exhibit A."
4. Counsel for the City of Los Angeles agrees to accept service of the First Amended Complaint on behalf of the City of Los Angeles. Nothing in this stipulation constitutes an agreement by counsel to accept service on behalf of Officer Joshua Coronado.
5. The Parties agree that Plaintiff shall have 7 days to file her First Amended Complaint after the Court grants her leave, and that Defendant City of Los

Angeles shall have 21 days thereafter to file a responsive pleading. Officer Coronado's deadline to respond shall be governed by the applicable Federal Rules of Civil Procedure following service upon him, unless otherwise stipulated or ordered by the Court. By entering into this stipulation, neither Defendant City of Los Angeles nor Officer Joshua Coronado admits any allegation contained in the proposed First Amended Complaint or waives any defense, objection, argument, or other right available in response to the First Amended Complaint. Nothing in this stipulation shall be construed as an admission concerning the merits, sufficiency, timeliness, or relation back of any claim or allegation asserted in the First Amended Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

THEREFORE, and based on the foregoing, the Parties hereby stipulate and jointly request an order granting Plaintiff leave to file the proposed First Amended Complaint within 7 days of the Court's order, and requiring that Defendant City of Los Angeles file a responsive pleading within 21 days thereafter.

**IT IS SO STIPULATED**.

DATED: September 22, 2026

LAW OFFICES OF DALE K. GALIPO

By: */s/ Benjamin S. Levine*
Dale K. Galipo
Benjamin S. Levine[1]
*Attorneys for Plaintiffs*

Dated: September 22, 2026

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**KATHLEEN KENEALY,** Chief Ass. City Attorney
**CHRISTIAN R. BOJORQUEZ**, Dep. City Attorney

By: *Sasha O. Lazarevich*
**SASHA O. LAZAREVICH**, Deputy City Attorney
*Attorneys for Defendant*, CITY OF LOS ANGELES

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.