UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ZOE HUBER LEWIS,

Plaintiff,

v.

CITY OF LOS ANGELES; and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:26-cv-03539-MAR

**~~[PROPOSED]~~ ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT**

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, Plaintiff is granted leave to file the First Amended Complaint attached to the stipulation.

Plaintiff has seven (7) days from the date of this Order to file a First Amended Complaint. Defendant City of Los Angeles shall file its responsive pleading within twenty-one (21) days after service of the First Amended Complaint. Officer Joshua Coronado's time to respond shall be governed by the Federal Rules of Civil Procedure following service upon him. No currently scheduled hearings will be affected by this Order or by the filing of Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

Dated: 9/29/26

MARGO A. ROCCONI
United States Magistrate Judge