**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
**SASHA O. LAZAREVICH**, Deputy City Attorney (SBN 283558)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978- 6900 | Fax No.: (213) 978-8785
Email: sasha.lazarevich@lacity.org

*Attorneys for Defendant*, CITY OF LOS ANGELES and JOSHUA CORONADO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZOE HUBER LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; JOSHUA CORONADO; and DOES 2 through 10, inclusive,<br><br>Defendants. | **CASE NO. 2:26-cv-03539-MAR**<br>*Magistrate Judge Margo A. Rocconi– Ctrm. 790*<br><br>**DEFENDANTS CITY OF LOS ANGELES AND JOSHUA CORONADO CERTIFICATE OF INTERESTED PARTIES** |

**TO THE CLERK OF THE ABOVE ENTITLED COURT:**

Although FRCP 7.1 and L.R. 7.1-1 does not require Defendants, since they are governmental parties, to submit a Certificate of Interested Parties, the undersigned, counsel of record for Defendant's CITY OF LOS ANGELES and JOSHUA CORONADO certifies the following listed parties have a direct, pecuniary interest in the outcome of the case.

///

///

1. Zoe Huber Lewis – Plaintiff
2. City of Los Angeles – Defendant
3. Joshua Coronado – Defendant

Dated: November 5, 2026

HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN KENEALY, Chief Assistant City Attorney
CHRISTIAN R. BOJORQUEZ, Deputy City Attorney

By: /S/ Sasha O. Lazarevich
SASHA O. LAZAREVICH, Deputy City Attorney *Attorneys for Defendants,* CITY OF LOS ANGELES and JOSHUA CORONADO